DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, # # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JUAN SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JUAN SOLIS,<br><br>    *Defendant.* | NO. 1:12-CR-115 LJO-SKO-1<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER<br><br>Date: April 30, 2012<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Special Assistant United States Attorney Andrew Gradman, Counsel for Plaintiff, and Assistant Federal Defender Jeremy Kroger, Counsel for Defendant, that the hearing currently set for June 18, 2012, at 8:30 a.m., **may be advanced and rescheduled to April 30, 2012 at 8:30 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea and sentencing on April 30, 2012.

///

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated: April 25, 2012                /s/ Andrew Gradman
ANDREW GRADMAN
Special Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: April 25, 2012                /s/ Jeremy Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorneys for Defendant
Juan Solis

## ORDER

IT IS SO ORDERED.

**Dated:   April 26, 2012**                **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE