
FILED
APR 3 0 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1:12-CR-00115 LJO |
| vs. | ORDER OF RELEASE |
| JUAN SOLIS, | |
| Defendant. | |

The above named defendant having been sentenced to Time Served on April 30, 2012,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: April 30, 2012

LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1